UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Lloyd Marbet, et al.,

    Plaintiffs,

  v.

City of Portland, et al.,

    Defendants.

Civil No. 02-1448HA (Lead)

AMENDED JUDGMENT

William Ellis, et al.,     Civil No. 03-1134HA

  v.

City of Portland, et al.,
_____

    Based upon the record,

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed with prejudice.

    IT IS FURTHER ORDERED AND ADJUDGED that plaintiffs are awarded attorney fees and costs from the defendants in the amount of $545,000.00.

    Dated this    17    day of May, 2005.

                                  /s/Ancer L. Haggerty
                                  ANCER L. HAGGERTY
                                  U.S. District Judge